584 A.2d 217

HERMAN L. WALDMAN v. SUSAN WALDMAN.

May 15, 1990.

Petition for certification denied.

584 A.2d 217

INTERCOASTAL MANAGEMENT CO., LTD. v. ANNA MARIE INGEMI, ETC., ET AL.

May 15, 1990.

Petition for certification denied.

584 A.2d 217

LISA BRESEMANN v. RICHARD D. JACOBS, M.D., ET AL.

May 15, 1990.

Petition for certification denied.

584 A.2d 218

ROBERT NOYE v. HOFFMANN–LA ROCHE INC.

May 15, 1990.

Petition for certification denied.   (See 238 *N.J.Super.* 430, 570 *A.*2d 12)